AO 243    (Rev. 2/95)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District SOUTHERN DISTRICT OF CALIFORNIA | |
|---|---|---|
| Name of Movant **JOSE FELIX DEL-VILLAR** | Prisoner No. 91541-198 | Case No. 3:06-cr-01775-BEN |
| Place of Confinement   FCI-HERLONG, P.O. BOX 800, HERLONG, CA 96113 | | **'07 CV 2243 BEN** |

| UNITED STATES OF AMERICA | V. | JOSE FELIX DEL-VILLAR |
|---|---|---|
| | | (name under which convicted) |

## MOTION

1.  Name and location of court which entered the judgment of conviction under attack

    SOUTHERN DISTRICT OF CALIFORNIA (SAN DIEGO)

    U.S. DISTRICT COURT
    **FILED**
    NOV 2 6 2007
    CLERK, U.S. DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
    BY                      DEPUTY

2.  Date of judgment of conviction   8-24-2006

3.  Length of sentence   30 MONTHS

4.  Nature of offense involved (all counts)   COUNT 1) ILLEGAL ENTRY 8:1325

    COUNT 2) ILLEGAL ENTRY 8:1325

5.  What was your plea? (Check one)
    (a) Not guilty          ☐
    (b) Guilty              XX
    (c) Nolo contendere     ☐

    If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

    I PLEAD GUILTY TO BOTH COUNTS.

6.  If you pleaded not guilty, what kind of trial did you have? (Check one)
    (a) Jury                ☐
    (b) Judge only          ☐

7.  Did you testify at the trial?
    Yes ☐    No ☐

8.  Did you appeal from the judgment of conviction?
    Yes ☐    No ☐

(2)

AO 243    (Rev. 2/95)

9.  If you did appeal, answer the following:

(a) Name of court   U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

(b) Result _____

(c) Date of result _____

10.   Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
Yes  ☐    No  ☒

11.   If your answer to 10 was "yes," give the following information:

(a)  (1)  Name of court _____

(2)  Nature of proceeding _____

_____

(3)  Grounds raised _____

_____

_____

_____

_____

_____

(4)  Did you receive an evidentiary hearing on your petition, application or motion?
Yes  ☐    No  ☐

(5)  Result _____

(6)  Date of result _____

(b)  As to any second petition, application or motion give the same information:

(1)  Name of court _____

(2)  Name of proceeding _____

_____

(3)  Grounds raised _____

_____

_____

_____

_____

_____

(3)

AO 243   (Rev. 2/95)

(4)  Did you receive an evidentiary hearing on your petition, application or motion?
Yes  ☐    No  ☐

(5)  Result _____

(6)  Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

    (1)  First petition, etc.        Yes ☐    No ☒

    (2)  Second petition, etc.    Yes ☐    No ☒

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

I DID NOT REALIZE WHAT HAD HAPPENED UNTIL I GOT TO CALIFORNIA CITY PRISON. THATS WHERE I RECEIVED THE PRINT OUT TO ALL MY CONVICTIONS. I REALIZE NOW, THAT I WAS DECEIVED BY MY LAWYER AND NOT ADEQUATELY REPRESENTED. NOW, I WANT TO CORRECT AND REMEDY THE MISTAKES MY LAWYER MADE.

12.  State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

    CAUTION:  If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings.  Each statement preceded by a letter constitutes a separate ground for possible relief.  You may raise any grounds which you have other than those listed.  However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds.  If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a)  Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b)  Conviction obtained by use of coerced confession.

AO 243    (Rev. 2/95)

(c)  Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d)  Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e)  Conviction obtained by a violation of the privilege against self-incrimination.

(f)  Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g)  Conviction obtained by a violation of the protection against double jeopardy.

(h)  Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i)  Denial of effective assistance of counsel.

(j)  Denial of right of appeal.

_____

_____

_____

_____

_____

13.  If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

_____

_____

_____

_____

14.  Do you have any petition or appeal now pending in any court as to the judgment under attack?
     Yes ☐    No ☒

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

     (a) At preliminary hearing  CAREY DAWN GORDEN, FEDERAL DEFENDERS OF SAN DIEGO,

         225 BROADWAY., SUITE 900, SAN DIEGO, CA 92101-5008

     (b) At arraignment and plea  SAME

     (c) At trial  NO

     (d) At sentencing  SAME

(6)

AO 243   (Rev. 2/95)

     (e) On appeal  NO

     (f) In any post-conviction proceeding  NO

     (g) On appeal from any adverse ruling in a post-conviction proceeding  NO

16.  Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
     Yes ☒    No ☐

A. Ground one: CONSTITUTIONAL VIOLATION OF THE SIXTH AMENDMENT, INEFECTIVE ASSISTANCE OF COUNSEL.

Supporting FACTS (state *briefly* without citing cases or law): _____

A) COUNSEL FAILED TO CONSTRUE AN ADEQUATE DEFENSE, ALLOWING PETITIONER TO PLEAD GUILTY TO COUNT 1 (EVENTHOUGH PETITIONER WAS IN MEXICO WHEN SAID CHARGE TOOK PLACE).

B) PETITIONER REPEATEDLY INFORMED COUNSEL, THAT ON THAT DATE, PETITIONER WAS IN TIJUANA, MEXICO.  **(SEE ATTACHMENT)**

B. Ground two: CONSTITUTIONAL VIOLATION OF THE FIFTH AMENDMENT, VIOLATION OF DOUBLE JEOPARDY.

Supporting FACTS (state *briefly* without citing cases or law): _____

A) THE DOUBLE JEOPARDY CLAUSE PROTECTS AGAINST THE RISK OF DOUBLE PUNISHMENT BY GUARANTEEING THAT A DEFENDANT WILL NOT BE PUT TO TRIAL TWICE FOR THE SAME OFFENSE.

B) DOUBLE JEOPARDY BARS SUBSEQUENT PROSECUTIONS FOR A SINGLE ACT.

C) PETITIONER WAS CONVICTED TWICE FOR THE SAME ACT.  **(SEE ATTACHMENTS)**

C. Ground three: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

AO 243    (Rev. 2/95)

_____

_____

D. Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

(ATTACHMENT) TO A.GROUND ONE:


SUPPORTING FACTS:

   B) (CONTINUED) COUNSEL SAID TO PETITIONER," I AM GOING TO CHARGE YOU WITH ANOTHER ILLEGAL ENTRY", AND PETITIONER SAID,"HOW ARE YOU GOING TO DO THAT IF I WAS IN MEXICO?".

   C)THE SIXTH AMENDMENT GUARANTEES THE RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL IN CRIMINAL PROSECUTIONS, <u>STRICKLAND V. WASHINGTON</u>. COUNSEL'S PERFORM-ANCE FELL BELOW AN OBJECTIVE STANDARD OF REASONABLENESS AND COUNSEL'S DEFICIENT PERFORMANCE PREJUDICED THE DEFENDANT, RESULTING IN AN UNRELIABLE AND FUNDAMENTALLY UNFAIR OUTCOME IN THE PROCEEDING.

   D) THE COUNSELS DEFICIENT PERFORMANCE REFLECTED ON PETITIONER, DUE TO THE COUNSELS NEGLECT AND FAILURE TO INVESTIGATE PETITIONERS CASE ADEQUATELY AND PROPERLY, PETITIONER HAS PLEAD GUILTY TO TWO ILLEGAL ENTRY COUNTS, ONE OF THE COUNTS <u>IS FALSE, BECAUSE PETITIONER WAS IN MEXICO</u>, WHEN SAID COUNT TOOK PLACE.

**(CONTINUED)**   GROUND TWO:

   B.) SUPPORTING FACTS:


      D) AS A RESULT, PETITIONER IS SERVING A CONSECUTIVE SENTENCE.

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐   No ☑

(a)  If so, give name and location of court which imposed sentence to be served in the future: _____

_____

_____

(b)  Give date and length of the above sentence: _____

_____

(c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐   No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

**IN PRO-SE**
_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

**11-14-2007**
_____
Date

_____
Signature of Movant

(7)

## CERTIFICATE OF SERVICE

I  JOSE FELIX DEL-VILLAR  , hereby certify that on this 15TH day

of  NOVEMBER  , 2007 I mailed a true and correct copy of the foregoing:

"§§2255 MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE"


to the following individual(s):             ROBERTA WESTDAL (DISTRICT COURT)
                                            CLERK OF THE COURT
                                            880 FRONT ST., ROOM 4290
                                            SAN DIEGO, CA 92101-8900


by U.S. Postal Service, postage prepaid.*


*(signature)*


JOSE FELIX DEL-VILLAR


REG.#91541-198

FCI HERLONG (Federal Correctional Institution)
P.O. Box 800
Herlong, California [96113]

    *Pleadings by prisoners who represent themselves are to be considered filed

at the moment such pleadings are delivered to prison authorities for forwarding

to the Clerk of Court. Houston v. Lack, 487 U.S. 266 (1988).

## CERTIFICATE OF SERVICE

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED**
NOV 2 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

**I (a) PLAINTIFFS**

Jose Felix Del-Villar

**DEFENDANTS**

United States of America

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**   Lassen
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Jose Felix Del-Villar 91541-198
FCI-Herlong
PO Box 800
Herlong, CA 96113

**ATTORNEYS (IF KNOWN)**  '07 CV  2243 BEN

**U.S. Attorney**

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | [ ]1 | Incorporated or Principal Place of Business in This State | [ ]4 | [ ]4 |
| Citizen of Another State | [ ]2 | [ ]2 | Incorporated and Principal Place of Business in Another State | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 28 U.S.C. 2255

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] Marine | [ ] 310 Airplane | [ ] 362 Other Personal Injury-Medical Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] Miller Act | [ ] 315 Airplane Product Liability | | [ ] 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | [ ] 430 Banks and Banking |
| [ ] Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 365 Personal Injury - Product Liability | | [ ] 820 Copyrights | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment &Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | [ ] 830 Patent | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 640 RR & Truck | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | [ ] 650 Airline Regs | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| | | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities Exchange |
| [ ] 153 Recovery of Overpayment of Veterans Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other | [ ] 862 Black Lung (923) | |
| [ ] 160 Stockholders Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | **LABOR** | [ ] 863 DIWC/DIWW (405(g)) | [ ] 875 Customer Challenge 12 USC |
| [ ] Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710Fair Labor Standards Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [x] 510 Motions to Vacate Sentence Habeas Corpus | [ ] 740 Railway Labor Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | [ ] 530 General | [ ] 790 Other Labor Litigation | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations | [ ] 535 Death Penalty | [ ] 791 Empl. Ret. Inc. | | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Tort to Land | [ ] 444 Welfare | [ ] 540 Mandamus & Other | [ ] Security Act | | [ ] 950 Constitutionality of State |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 550 Civil Rights | | | [ ] 890 Other Statutory Actions |
| [ ] 290 All Other Real Property | | | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

- [x] 1 Original Proceeding
- [ ] 2 Removal from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
[ ] CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND $**

Check YES only if demanded in complaint:
**JURY DEMAND:** [ ] YES [ ] NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE                    Docket Number

DATE  11/26/07

SIGNATURE OF ATTORNEY OF RECORD
PDV